IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **13-cr-218-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**2.    KEITH SCHWARTZ,**

        Defendant.

# ORDER

Kane, J.

This matter is before the court on Defendant Keith Schwartz's Motion for Reconsideration for Pretrial Release [doc. #201], filed May 6, 2014.  I have reviewed the motion in it's entirety along with the Government's response and defendant's reply thereto. I am unpersuaded by defendant's arguments or his father's ever growing offer of cash to post for bond.  The Motion is **DENIED**.

Dated this 20th day of May, 2014.

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              John L. Kane, Senior Judge
                                              United States District Court