**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 13-cr-00218-JLK-02

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEITH SCHWARTZ,

    Defendant.

---

ORDER FOR PSYCHOLOGICAL EVALUATION AND REPORT

---

    This matter becomes before the Court for sentencing, which is presently scheduled for January 16, 2015.  Because the Court is desirous of additional information regarding the Defendant's mental condition and personal characteristics to supplement the presentence investigation report, it is

    ORDERED, pursuant to 18 U.S.C. § 3552(c), that a psychological evaluation of the Defendant should be conducted. This report shall contain the following information:

(1)    The Defendant's history and present symptoms;
(2)    A description of the psychological tests that were employed and their results;
(3)    The examiner's findings;
(4)    The examiner's opinions as to diagnosis, prognosis, and the treatment recommended for the Defendant.   It is

    FURTHER ORDERED that the Probation Office shall provide the examiner with a copy of the charging document and sentencing statements of the parties, which shall be returned to the Probation Office after the examination.

    DATED at Denver, Colorado, this __6th__ day of November, 2014.

                                        BY THE COURT:

                                        s/John L. Kane___
                                        Senior United States District Judge