IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00218-JLK-02

UNITED STATES OF AMERICA

    Plaintiff,

v.

1. KEITH SCHWARTZ,
    a/k/a "Bernie Kype",

    Defendant.

---

**ORDER GRANTING GOVERNMENT'S SECOND MOTION TO EXTEND DEADLINE IN WHICH TO FILE RESPONSE TO DEFENDANT'S MOTION FOR NEW TRIAL**

---

This matter is before the Court on Government's Second Motion to Extend Deadline in which to File Response to Defendant's Motion for New Trial. The Court finds that good cause has been shown. Accordingly, the Government's motion is granted, and Response to Defendant's Motion for New Trial shall be filed on or before December 10, 2014.

DATED this 21st day of November, 2014.

BY THE COURT:

**s/John L. Kane**
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT